UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jason Ryan Williams,                            Civil No. 15-2707 (DWF/SER)

            Petitioner,

v.                                        **ORDER ADOPTING REPORT
                                              AND RECOMMENDATION**

Steve Hammer, Warden,

            Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated June 17, 2015. (Doc. No. 4.) No objections have been filed to that Report and Recommendation in the time period permitted.

Magistrate Judge Rau's Report and Recommendation relates to Petitioner Jason Ryan Williams' petition for a writ of habeas corpus, brought pursuant to 28 U.S.C. § 2254. (*See id.*) In the Report and Recommendation, Magistrate Judge Rau concludes that Petitioner's petition is untimely in a number of ways. (*See id.*) The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.

Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1. Magistrate Judge Steven E. Rau's June 17, 2015 Report and Recommendation (Doc. No. [4]) is **ADOPTED**.

2. Petitioner Jason Ryan Williams' petition for a writ of habeas corpus (Doc. No. [1]) is **DENIED**.

3. Williams' application to proceed *in forma pauperis* (Doc. No. [2]) is **DENIED**.

4. This action is **DISMISSED WITHOUT PREJUDICE**.

5. No certificate of appealability shall be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 27, 2015         s/Donovan W. Frank
                             DONOVAN W. FRANK
                             United States District Judge